| AO 10*<br>Rev. 1/2017 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2017** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Howell, Beryl A. | 2. Court or Organization<br><br>US District Court for the District of Columbia | 3. Date of Report<br><br>05/05/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US District Court Judge (active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

US Courthouse, Room 2010
333 Constitution Avene NW
Washington DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | DC Circuit Historical Society |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Beryl A. | 05/05/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Twin Cities PBS, business income |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Nature, Environment and Wildlife Filmmakers Congress (spouse) | July 11 - 14 | Durban, South Africa | Speaker at conference | Airfare, hotel, meals |
| 2. | Jackson Hole Wildlife Film Festival (spouse) | Sepotember 24 - 29 | Jackson Hole, Wyoming | Board meeting and festival | Festival fees for attendance |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Beryl A. | 05/05/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Accounts (svgs, money market, checking | A | Interest | J | T | | | | | |
| 2. Wells Fargo Accounts (savings and checking) | A | Interest | J | T | | | | | |
| 3. Schwab Government Money Fund | C | Interest | O | T | | | | | |
| 4. Schwab Money Market Fund | | None | | | | | | | |
| 5. Principal Financial 401K | | | | | | | | | |
| 6. --Fixed income guaranteed | | None | J | T | Buy | 11/17/17 | J | | |
| 7. --PIMCO Real Return Inst Fund | | None | J | T | Buy | 11/17/17 | J | | |
| 8. -- Large Cap S&P Index | | None | J | T | Buy | 11/17/17 | J | | |
| 9. --Midcap S&P 400 Index | | None | J | T | Buy | 11/17/17 | J | | |
| 10. --Diversified int'l RS Fund | | None | J | T | Buy | 11/17/17 | J | | |
| 11. American Funds VCPS.College Money Market Fund | A | Dividend | K | T | | | | | |
| 12. American Funds Fundamental Investors 529F1 | A | Dividend | K | T | Buy (add'l) | 12/28/17 | K | | |
| 13. American Funds Growth Fund of America 529F1 | A | Dividend | L | T | Buy (add'l) | 12/28/17 | J | | |
| 14. | | | | | Distributed (part) | 11/27/17 | J | C | |
| 15. American Funds Small Cap World Fund 529F1 | | None | L | T | Buy (add'l) | 12/28/17 | K | | |
| 16. American Funds Income Fund of America 529F1 | B | Dividend | K | T | Distributed (part) | 07/17/17 | J | A | |
| 17. | | | | | Distributed (part) | 11/27/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Beryl A. | 05/05/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 12/28/17 | K | | |
| 19. American Funds New Economy Fund 529F1 | A | Dividend | L | T | Distributed (part) | 07/17/17 | J | C | |
| 20. | | | | | Sold (part) | 12/28/17 | J | | |
| 21. American Funds Europacific Growth Fund 529F1 | A | Dividend | L | T | Distributed (part) | 11/27/17 | J | B | |
| 22. | | | | | Distributed (part) | 12/28/17 | J | | |
| 23. American Funds New Perspective Fund 529F1 | A | Dividend | K | T | Distributed (part) | 11/27/17 | K | C | |
| 24. MONY whole life insurance policy | A | Interest | K | T | | | | | |
| 25. US Treasury Note 1% due 3/31/17 | A | Interest | | | Distributed | 03/31/17 | K | | |
| 26. US Treasury Note 1% due 5/31/18 | A | Interest | K | T | | | | | |
| 27. US Treasury note 1% due 6/30/19 | A | Interest | K | T | | | | | |
| 28. US Trasury note 1.25% due 1/31/19 | A | Interest | K | T | | | | | |
| 29. US Treasury note 1.25% due 4/30/19 | B | Interest | L | T | | | | | |
| 30. US Treasury note 1.25% due 8/31/19 | A | Interest | L | T | | | | | |
| 31. US Treasury Note 1.375% due 02/15/20 | A | Interest | L | T | Buy | 02/17/17 | L | | |
| 32. US Treasury note 1.25% due 01/31/20 | | None | L | T | Buy | 02/17/17 | L | | |
| 33. US Treasury note 1.375% due 03/31/20 | A | Interest | L | T | Buy | 06/27/17 | L | | |
| 34. UST Inflation Index Bond | B | Interest | N | T | Buy (add'l) | 02/17/17 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Beryl A. | 05/05/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 09/21/17 | K | | |
| 36. Baron Growth Fund | | None | J | T | | | | | |
| 37. Goldman Sachs Strategic Income | A | Dividend | J | T | | | | | |
| 38. Ishares DJ US Oil Equipment ETF | B | Dividend | K | T | | | | | |
| 39. Ishares Russel 1000 growth | B | Dividend | J | T | | | | | |
| 40. Ishares Russel Midcap Growth ETF | A | Dividend | J | T | | | | | |
| 41. Technology SPDR | | None | N | T | | | | | |
| 42. Ishares Health Care Providers Index Fd | A | Dividend | M | T | | | | | |
| 43. Ishares TR Russel 2000 Growth Index | | None | M | T | | | | | |
| 44. SPDR Consumer Discretionary ETF | B | Dividend | M | T | | | | | |
| 45. SPDR Healthcare ETF | C | Dividend | M | T | | | | | |
| 46. SPDR Industrials ETF | C | Dividend | M | T | | | | | |
| 47. SPDR Tech | C | Dividend | N | T | | | | | |
| 48. Powershare Dynamic Media | A | Dividend | | | Sold | 12/21/17 | L | D | |
| 49. Vanguard Consumer Staples | C | Dividend | M | T | | | | | |
| 50. Vanguard Dividend Appreciation | A | Dividend | J | T | | | | | |
| 51. Ishares Gold Trust | | None | J | T | Buy (add'l) | 12/20/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Beryl A. | 05/05/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SPDR Gold | | None | M | T | Buy (add'l) | 12/19/17 | K | | |
| 53. | | | | | Buy (add'l) | 12/21/17 | J | | |
| 54. BioMarin Pharma | | None | L | T | Buy | 03/28/17 | L | | |
| 55. Bristol-Meyers Squibb | B | Dividend | L | T | Buy | 02/28/17 | L | | |
| 56. EOG Resources | | None | M | T | Buy | 12/21/17 | M | | |
| 57. Northrop Grumman | B | Dividend | M | T | Buy | 02/28/17 | L | | |
| 58. Pfizer | B | Dividend | L | T | Buy | 06/28/17 | L | | |
| 59. Schlumberger | | None | M | T | Buy | 12/21/17 | M | | |
| 60. Starbucks | A | Dividend | L | T | Buy | 02/17/17 | L | | |
| 61. Visa | A | Dividend | L | T | | | | | |
| 62. Herman Bronsweig Educational and Health Trust (X) | | | | | | | | | |
| 63. --Johnson and Johnson (X) | C | Dividend | M | T | | | | | |
| 64. Lockheed Martin (X) | C | Dividend | M | T | Sold | 07/17/17 | J | D | |
| 65. --Oracle (X) | A | Dividend | | | Sold | 05/31/17 | J | D | |
| 66. Schwab Bank | A | Interest | K | T | | | | | |
| 67. Schwab International Equity | C | Dividend | N | T | Buy | 06/02/17 | M | | |
| 68. | | | N | T | Buy (add'l) | 12/20/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Beryl A. | 05/05/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Schwab US TIPS | A | Dividend | J | T | Buy | 03/28/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Beryl A. | 05/05/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Beryl A. Howell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544